IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

COMDATA NETWORK, INC.          )
                               )        No. 3-05-0130
v.                             )
                               )
IMAGE TRANSPORTATION           )
SERVICES, INC., and JAMES MUHE )

O R D E R

The plaintiff's motion for entry of final judgment against defendant Image Transportation

Services, Inc. (Docket Entry No. 35) is GRANTED.

Final judgment of $517,575.86 is hereby entered against defendant Image Transportation

Services, Inc., pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there being no just

reason for delay.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge